STATE OF CONNECTICUT *v.* ERIC ANTHONY

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 195, is dismissed.

*Roger J. Frechette,* in support of the petition.

*Rita M. Shair,* deputy assistant state's attorney, in opposition.

Decided April 26, 1991

STATE OF CONNECTICUT *v.* DAVID A. PALANGIO

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 300, is denied.

*Thomas K. McDonough,* in support of the petition.

*Paul J. Ferencek,* assistant state's attorney, in opposition.

Decided May 2, 1991

STATE OF CONNECTICUT *v.* MENACES TORRES

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 316, is denied.

*Suzanne Zitser,* assistant public defender, in support of the petition.

*James A. Killen,* assistant state's attorney, in opposition.

Decided May 2, 1991